UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DONALD ROBBINS, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>SUPERINTENDENT, WABASH VALLEY )<br> CORRECTIONAL FACILITY, )<br>)<br>Respondent. ) | 2:10-cv-06-WTL-JMS |

# E N T R Y

This is an action in which Donald Robbins, a state prisoner, seeks habeas corpus relief to his convictions in an Indiana state court. The action is not fully briefed at this time, but when that occurs the court will follow its duty to "summarily hear and determine the facts, and dispose of the matter as law and justice require." 28 U.S.C. § 2243; *see Canaan v. McBride,* 395 F.3d 376, 383 (7th Cir. 2005).

The matter presently before the court is the petitioner's motion for temporary restraining order. That motion relates many aspects of the petitioner's dissatisfaction with his housing assignment and with other conditions of his confinement at the Wabash Valley Correctional Facility.

The petition for a writ of habeas corpus challenges the validity of the petitioner's convictions. This is certainly the core purpose of habeas corpus. *See, e.g., Preiser v. Rodriguez,* 411 U.S. 475 (1973). The motion for temporary restraining order, however, seeks "intervention" in the conditions of the petitioner's confinement. This form of relief is not available through habeas corpus. *Cochran v. Buss,* 381 F.3d 637, 639 (7th Cir. 2004). For this reason, therefore, the motion for temporary restraining order (dkt 26) as an adjunct of this habeas action is **denied**.

**IT IS SO ORDERED.**

Date: 03/25/2010

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Donald Robbins, Sr.
DOC #138339-P305
Wabash Valley Correctional Facility
6908 S. Old US Highway 41
P.O. Box 1111
Carlisle, IN 47838-1111

james.martin@atg.in.gov